IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HOMES & LAND AFFILIATES, )
)
      Plaintiff, )
)
vs. ) Case No. CV406-274
)
ANDREA POWELL and ABP )
PUBLICATIONS, )
)
      Defendant. )
)

## O R D E R

The Court is in receipt of correspondence from Plaintiff's attorney Anthony D. Lehman.[1] Therein, Mr. Lehman states that Plaintiff's Motion to Dismiss Count III of Defendants' Counterclaim is now moot. (Doc. 39.) The Counterclaim sought attorneys' fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11. In its motion to dismiss, Plaintiff argued that O.C.G.A. § 13-6-11 does not create a separate cause of action. Defendants have now incorporated the allegations contained in Count III of their initial Counterclaim into Counts I and II, thus remedying the errors alleged. Accordingly, Plaintiff's Motion to Dismiss Count III of Defendants' Counterclaim is **DENIED** as moot.

SO ORDERED, this 18th day of April, 2007.

                        WILLIAM T. MOORE, JR., CHIEF JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA

---

[1] A copy of the letter from Mr. Lehman is attached to this Order as Exhibit A.